WILLIAM R. BOLE, Respondent, *v.* NOAH COOK et al., Appellants.

Decided upon the ground that the objections on the trial to the reception of evidence (alleged as error) were insufficient to present the questions.

(Argued November 22, 1871; decided November 28, 1871.)

*C. D. Murray,* for appellants.

*W. Woodbury,* for respondent.

GROVER, J., reads opinion for affirmance.
All concur.
Judgment affirmed.

———

AMOS K. HADLEY, Respondent, *v.* ELEAZER AYRES, Appellant.

(Argued November 22, 1871; decided November 28, 1871.)

Decided on the facts in the case.
*J. B. Perry,* for appellant.

*J. H. Reynolds,* for respondent.

GROVER, J., reads opinion for affirmance.
All concur.
Judgment affirmed.